United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SHANE SMITH, AX1963,

    Plaintiff,

    v.

AULD, et al.,

    Defendant(s).

Case No. 21-cv-05807-SK  (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner at Mule Creek State Prison (MCSP) in Ione, California, has filed a pro se complaint under 42 U.S.C. § 1983 alleging violations of his federal rights by medial staff at MCSP.

A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Amador, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: August 2, 2021

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge